ACCEPTED
03-14-00662-CV
3750163
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/13/2015 1:53:00 PM
JEFFREY D. KYLE
CLERK

## NO.  03-14-00662-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/13/2015 1:53:00 PM

JEFFREY D. KYLE
Clerk

## IN THE THIRD DISTRICT COURT OF APPEALS AT AUSTIN, TEXAS

APPEAL IN CAUSE NO. D-1-GN-13-004148
FROM THE 98th JUDICIAL DISTRICT COURT OF
TRAVIS COUNTY, TEXAS

JAMES R. COLLEY AS REPRESENTATIVE AND/OR
BENEFICIARY OF THE ESTATE OF
JAMES W. COLLEY, DECEASED,
AND AS REPRESENTATIVE AND/OR
BENEFICIARY OF THE ESTATE OF
DORTHA J. COLLEY, DECEASED
Appellant

VS.

BENNY J. WILLIAMS and GLORIA ANN QUIROZ
Appellees

### Appellant's Motion to Dismiss

LAW OFFICE OF JOHN F. CAMPBELL, P.C.
State Bar No. 03709000
4408 Spicewood Springs Road
Austin, Texas 78759
(512) 476-6036
(512) 343-9194 (Fax)
E-Mail:  johncampbelllaw@yahoo.com
 COUNSEL FOR APPELLANT

| | | |
|---|---|---|
| JAMES R. COLLEY, INDIVIDUALLY, | § | IN THE THIRD DISTRICT |
| AS REPRESENTATIVE AND/OR | § | |
| BENEFICIARY OF THE ESTATE OF | § | |
| JAMES W. COLLEY, DECEASED, | § | |
| AND AS REPRESENTATIVE AND/OR | § | |
| BENEFICIARY OF THE ESTATE OF | § | |
| DORTHA J. COLLEY, DECEASED | § | |
|     APPELLANT | § | COURT OF APPEAL |
| | § | |
| VS. | § | |
| | § | |
| BENNY J. WILLIAMS | § | |
| AND | § | |
| GLORIA ANN QUIROZ | § | |
|     APPELLEES | § | AUSTIN, TEXAS |

## Appellant's Motion to Dismiss

Comes JAMES R. COLLEY, Appellant, and files this Motion to Dismiss and in support, would show:

1.      Notice of Appeal was filed on behalf of Appellant with the understanding that Appellant would not be represented by his trial attorney in the appeal and that Appellant would seek representation.

2.      Appellant has determined, after further consideration, that the appeal is not economically feasible and that the appeal should be dismissed.

3.      Appellant does not desire to pursue the appeal and requests that it be dismissed.

WHEREFORE, Appellant requests that the Court dismiss this case.

Respectfully Submitted
LAW OFFICE OF JOHN F. CAMPBELL, P.C.
4408 Spicewood Springs Road
Austin, Texas 78759
(512) 476-6036
(512) 343-9194 (Fax)

By:____/s/ John F. Campbell_____
    JOHN F. CAMPBELL
    State Bar No. 03709000
    Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on the 12th day of January, 2015:

John-Robert Skrabanek
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Avenue, Suite 800
Austin, Texas  78701
State Bar No. 24070631
Tele: 512-476-7834
Fax:  512-476-7832
E-Mail:  jskrabanek@SMSM.com

Daniel R. Richards
RICHARDS RODRIGUEZ & SKEITH LLP
816 Congress Avenue, Suite 1200
Austin,  Texas  78701
State Bar No. 00791520
Tele: 512-476-0005
Fax:  512-476-1513
E-Mail: drichards@rrsfirm.com

_____/s/  John F. Campbell_____
JOHN F. CAMPBELL

## NO. 03-14-00662-CV

---

## IN THE THIRD DISTRICT
## COURT OF APPEALS
## AT AUSTIN, TEXAS

---

APPEAL IN CAUSE NO. D-1-GN-13-004148
FROM THE 98th JUDICIAL DISTRICT COURT OF
TRAVIS COUNTY, TEXAS

---

JAMES R. COLLEY AS REPRESENTATIVE AND/OR
BENEFICIARY OF THE ESTATE OF
JAMES W. COLLEY, DECEASED,
AND AS REPRESENTATIVE AND/OR
BENEFICIARY OF THE ESTATE OF
DORTHA J. COLLEY, DECEASED
Appellant

VS.

BENNY J. WILLIAMS and GLORIA ANN QUIROZ
Appellees

---

## Appellant's Certificate of Conference

---

LAW OFFICE OF JOHN F. CAMPBELL, P.C.
State Bar No. 03709000
4408 Spicewood Springs Road
Austin, Texas 78759
(512) 476-6036
(512) 343-9194 (Fax)
E-Mail: johncampbelllaw@yahoo.com
 COUNSEL FOR APPELLANT

| | | |
|---|---|---|
| JAMES R. COLLEY, INDIVIDUALLY, | § | IN THE THIRD DISTRICT |
| AS REPRESENTATIVE AND/OR | § | |
| BENEFICIARY OF THE ESTATE OF | § | |
| JAMES W. COLLEY, DECEASED, | § | |
| AND AS REPRESENTATIVE AND/OR | § | |
| BENEFICIARY OF THE ESTATE OF | § | |
| DORTHA J. COLLEY, DECEASED | § | |
|     APPELLANT | § | COURT OF APPEAL |
| | § | |
| VS. | § | |
| | § | |
| BENNY J. WILLIAMS | § | |
| AND | § | |
| GLORIA ANN QUIROZ | § | |
|     APPELLEES | § | AUSTIN, TEXAS |

## Appellant's Certificate of Conference

I certify that I conferred with J. R. Skrabanek, attorney for Plaintiff/Appellee, and discussed this case with him.

J. R. Skrabanek does not oppose the dismissal of this appeal.

Respectfully Submitted

LAW OFFICE OF JOHN F. CAMPBELL, P.C.
4408 Spicewood Springs Road
Austin, Texas 78759
(512) 476-6036
(512) 343-9194 (Fax)

By:____/s/ John F. Campbell_____
    JOHN F. CAMPBELL
    State Bar No. 03709000
    Attorney for Appellant

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on the 12th day of January, 2015:

John-Robert Skrabanek
SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.
100 Congress Avenue, Suite 800
Austin, Texas  78701
State Bar No. 24070631
Tele: 512-476-7834
Fax:  512-476-7832
E-Mail:  jskrabanek@SMSM.com

Daniel R. Richards
RICHARDS RODRIGUEZ & SKEITH LLP
816 Congress Avenue, Suite 1200
Austin,  Texas  78701
State Bar No. 00791520
Tele: 512-476-0005
Fax:  512-476-1513
E-Mail: drichards@rrsfirm.com

    /s/ John F. Campbell
JOHN F. CAMPBELL

General/Colley,Jim\Appeal\MotDismiss&Cert(011315)